UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:            CASE NO. **18-12847**
Section **"B"**

**MCCAY, KELLY VIRGINIA**

CHAPTER 7

DEBTOR(S)

## ORDER APPROVING
## TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

Let the action by David V. Adler, Trustee as described in his Petition of Disclaimer and Abandonment be and the same is hereby approved; and let a certified copy of such petition and this Order suffice for all evidential and legal purposes including recordation, when appropriate.

New Orleans, Louisiana, December 11, 2018.

*Jerry A. Brown*
U.S. Bankruptcy Judge