## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KELLY VIRGINIA MCCAY            CASE NO. 18-12847; SEC B
                                       CHAPTER 7

## ORDER

Upon considering the Motion for Relief (p.19) of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, the hearing scheduled for January 16, 2019 and applicable law,

**IT IS ORDERED** that the automatic stay is hereby lifted insofar as the following described property is affected thereby, as to the Debtors, Wilton T. McCay, Jr. and Virginia Tunstall McCay, whether the case is converted to another Chapter of Title 11 of the United States Code, to-wit:

> A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in anywise appertaining, situated in the Fifth District of the City of New Orleans, in BOCAGE SUBDIVISION (being a resubdivision of Parcels A, B and C of Aurora Plantation), as delineated on a plan of survey and subdivision by Adloe Orr, Jr. & Associates, C.E., and Land Planners, dated Janu;ary 7, 1966, approved by the City Planning Commission under the docket No. 176-65, final plan approval adated 2/16/67, which said plan is registered in COB 678, folio 537 for the Parish of Orleans, and said property is more fully described as follows:
>
> LOT NO. 50, SQUARE NO. 136, which said square is bounded by Carlisle Court, Rue Nichols, LaCour Monique and Rue Denise, and said Lot No. 50 measures 60 feet front on Rue Denise, the same in width in the rear, by a depth of 110 feet between equal and parallel lines and commences at a distance of 457.54 feet from the corner of Carlisle Court and Rue Denise. All as more fully shown on survey by Gilbert, Kelly & Couturie, Inc., dated August 26, 1980, a copy of which is annexed to act recorded in MOB 2360, Folio 62, official records of the Parish of Orleans, State of Louisiana.
>
> bearing the municipal address of 3641 Rue Denise, New Orleans, LA 70131

**IT IS FURTHER ORDERED** that any order remain in effect regardless of conversion to another Chapter;

**IT IS FURTHER ORDERED** that the right to file an amended unsecured claim for any deficiency is reserved;

**IT IS FURTHER ORDERED** that it be permitted to contact Debtor and/or Debtor's Counsel for the purpose of engaging in discussions and consideration of loss mitigation options, solutions and/or resolutions including, but not limited to, a loan modification or other loss mitigation alternatives.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, January 17, 2019.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge